AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

LEO L. SOTO, et al.,

     Plaintiffs,    JUDGMENT IN A CIVIL CASE
  V.

CASE NUMBER: **3:11-CV-00693-RCJ-VPC**

COUNTRYWIDE HOME LOANS, INC., et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Remand (#18) is **DENIED**.
**IT IS FURTHER ORDERED** that the Motions to Dismiss (#3, #9, #12) are **GRANTED**.

  December 12, 2011        **LANCE S. WILSON**
                                              Clerk

                                              /s/ D. R. Morgan
                                              Deputy Clerk